COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-16-00435-CR |
| Style: | Jonathan Rawlins v. The State of Texas |
| Date motion filed*: | October 31, 2016 |
| Type of motion: | Appellant's Motion for a Second Extension of Time to File Brief |
| Party filing motion: | Appellant's counsel Steven A. Hershkowitz |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?     No.

If motion to extend time:

| | |
|---|---|
| Original due date: | August 12, 2016 |
| Number of extensions granted: | 1          Current Due Date:  October 31, 2016 |
| Date Requested: | December 5, 2016 (115 days from original deadline) |

Ordered that motion is:

☑ Granted

      If document is to be filed, document due:  December 5, 2016.

      ☑     No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

On September 1, 2016, the Clerk of this Court granted the first extension by appellant's new counsel until October 31, 2016, to file appellant's brief, but with no further extensions.  Because the trial court only appointed Mr. Hershkowitz as counsel on August 10, 2016, and counsel's second extension contends that the trial records are fairly voluminous and he is in a 2-person firm, this extension is **granted**, but **no further extensions will be granted** given the total length of time requested.  *See* TEX. R. APP. P. 10.5(b)(1)(C). Accordingly, if appellant's brief is not filed by **December 5, 2016**, the Court will abate this appeal for a late-brief hearing.  *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes

          ☒ Acting individually

Date:  November 8, 2016